18226.   CARPENTER *v.* BANKERS HEALTH & LIFE INSURANCE
COMPANY.

JENKINS, P. J.   1.   The rule stated by this court in *Woodruff Machinery
Mfg. Co.* v. *Griffin*, 17 *Ga. App.* 529 (2) (87 S. E. 808), and followed
in *Securities Trust Co.* v. *Marshall*, 30 *Ga. App.* 379, 382 (9) (118 S. E.
478), that, "conceding that under section 4494 of the Civil Code the
proffered amendment setting up a tender, etc., was offered too late to
relieve the defendant from the costs of the proceeding and to charge
the plaintiff therewith, the defendant was, nevertheless, not precluded
from setting up by amendment, after the first term, a tender of the
property to the plaintiff, a tender of the reasonable hire therefor (or
alleging that the same had no value for hire), and from disclaiming
title thereto," must be understood to mean that a tender at a term sub-
sequent to the first term must be made prior to an election by the
plaintiff to take a money verdict.   See, in this connection, *Downs Motor
Co.* v. *Colbert*, 34 *Ga. App.* 542 (130 S. E. 592).

2.   It appearing in the instant case that the defendant's amendment tender-
ing the property was made prior to any attempted election by the plain-
tiff to take a money verdict, the court did not err in allowing the same.

*Judgment affirmed.   Stephens and Bell, JJ., concur.*

DECIDED JANUARY 14, 1928.

Trover; from city court of Waynesboro—Judge Davis.   April
28, 1927.

*G. C. Anderson,* for plaintiff.

*H. C. Hatcher,* for defendant.